**WILCOXEN CALLAHAN MONTGOMERY & DEACON**
DANIEL E. WILCOXEN, SBN 054805
STEVEN H. SCHULTZ, SBN 163543
WALTER H. LOVING, III, SBN 109348
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Defendants DUGAN BARR and BARR & MUDFORD

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MARKS AND THE LAW OFFICES OF DANIEL MARKS, | Case No. CIV-S-05-0331 MCE-PAN |
| Plaintiffs, | |
| -vs- | ORDER RE EXTENSION OF DISCOVERY CUTOFF DATE |
| DUGAN BARR, AND BARR & MUDFORD, | |
| Defendants. | |

Pursuant to the stipulation of the parties, herein, and good cause appearing,

IT IS HEREBY ORDERED that the discovery cutoff date of February 10, 2006; expert disclosure date of April 10, 2006; and supplemental expert disclosure date 20 days later be vacated.

The Scheduling Order is hereby modified to reflect a new discovery cutoff date of April 30, 2006; a new expert disclosure date of May 30, 2006; and a new supplemental expert disclosure date of June 19, 2006. All other aspects of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

DATED: December 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE