1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 DANIEL MARKS AND THE LAW            No. 2:05-cv-0331-MCE-PAN
   OFFICES OF DANIEL MARKS,
12
            Plaintiffs,
13
       v.                              **ORDER RE: SETTLEMENT AND**
14                                     **DISPOSITION**
   DUGAN BARR and BARR &
15 MUDFORD,

16          Defendants.
   _____/
17

18      Pursuant to the representations of the attorney for

19 plaintiffs, the Court has determined that this case is settled.

20      In accordance with the provisions of Local Rule 16-160,

21 dispositional documents are to be filed on or before July 27,

22 2006.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this Order.
4    IT IS SO ORDERED.
5 DATED: June 27, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2